UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

COMPUWARE CORPORATION,
a Michigan Corporation,

        Plaintiff/
        Counterclaim Defendant,

v.

OPNET TECHNOLOGIES, INC.,
a Delaware Corporation,

        Defendant/
        Counterclaim Plaintiff.
_____/

Case No.  04-73749

District Judge Anna Diggs Taylor

Magistrate Judge R. Steven Whalen

## ORDER GRANTING IN PART AND DENYING IN PART
## PLAINTIFF'S MOTION FOR PROTECTIVE ORDER

      Before the Court is Plaintiff's Motion for Protective Order to Preclude Defendant's rule 30(b)(6) Deposition [Docket #21].  The parties have advised that certain issues in this Motion have been resolved, and that the remaining topics in dispute are numbers 1-5, 11, 12, 14 and 15.  As to those topics, and for the reasons and under the terms stated on the record on August 18, 2003, Plaintiff's Motion is GRANTED IN PART AND DENIED IN PART, as follows:

    1. As to topics 1 through 5, the Motion is DENIED.

    2. As to topic 11, the Motion for Protective Order is GRANTED.

    3. As to topic 12, the Motion for Protective Order is GRANTED.

4. As to topic 14, the Motion for Protective Order is GRANTED, except as to any document used to refresh the witness's recollection.

5. As to topic 15, the Motion is GRANTED IN PART AND DENIED IN PART, such that Plaintiff will be required to identify only the persons *most* knowledgeable about the above topics, not *all* persons knowledgeable about those topics.

SO ORDERED.

S/R. Steven Whalen
R. STEVEN WHALEN
UNITED STATES MAGISTRATE JUDGE

Dated:  August 23, 2005

## CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing order was served on the attorneys and/or parties of record by electronic means or U.S. Mail on August 23, 2005.

S/Gina Wilson
Judicial Assistant