UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

COMPUWARE CORPORATION,
a Michigan Corporation,

        Plaintiff/
        Counterclaim Defendant,

v.

OPNET TECHNOLOGIES, INC.,
a Delaware Corporation,

        Defendant/
        Counterclaim Plaintiff.
_____/

Case No.  04-73749

District Judge Anna Diggs Taylor

Magistrate Judge R. Steven Whalen

## ORDER GRANTING PLAINTIFF'S MOTION
## TO COMPEL PRODUCTION OF PRODUCT SAMPLES

Before the Court is Plaintiff's Motion to Compel Product Samples and User Documentation [Docket #25].  For the reasons and under the terms stated on the record on August 18, 2005,

IT IS ORDERED that Plaintiff's Motion to Compel is GRANTED, subject to all "Attorney's Eyes Only" provisions of the stipulated protective order entered on March 30, 2005, including identification of all persons who will have access to the requested material, and the requirement that such individuals sign a confidentiality agreement.  In addition, no material provided under this order shall be disclosed Plaintiff's in-house attorneys.  Any printouts generated from the material provided shall be subject to the same protective order

as the software itself.

All discovery ordered herein shall be produced within 30 days of the date of this Order.

SO ORDERED.

S/R. Steven Whalen<br>
R. STEVEN WHALEN<br>
UNITED STATES MAGISTRATE JUDGE

Dated:  August 23, 2005

## CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing order was served on the attorneys and/or parties of record by electronic means or U.S. Mail on August 23, 2005.

S/Gina Wilson<br>
Judicial Assistant