UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

COMPUWARE CORPORATION,
a Michigan Corporation,

       Plaintiff/
       Counterclaim Defendant,

v.

OPNET TECHNOLOGIES, INC.,
a Delaware Corporation,

       Defendant/
       Counterclaim Plaintiff.
_____/

Case No.  04-73749

District Judge Anna Diggs Taylor

Magistrate Judge R. Steven Whalen

## ORDER DISMISSING PLAINTIFF'S MOTION TO COMPEL ANSWERS TO INTERROGATORIES 2, 4 AND 6

For the reasons stated on the record on August 18, 2005, Plaintiff's Motion to Compel Answers to Interrogatories 2, 4 and 6 [Docket #26] is DISMISSED AS MOOT.

SO ORDERED.

                                          S/R. Steven Whalen
                                          R. STEVEN WHALEN
                                          UNITED STATES MAGISTRATE JUDGE

Dated:  August 23, 2005

CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing order was served on the attorneys and/or parties of record by electronic means or U.S. Mail on August 23, 2005.

S/Gina Wilson
Judicial Assistant
