UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

COMPUWARE CORPORATION,
a Michigan Corporation,   Case No.  04-73749

    Plaintiff/   District Judge Anna Diggs Taylor
    Counterclaim Defendant,   Magistrate Judge R. Steven Whalen

v.

OPNET TECHNOLOGIES, INC.,
a Delaware Corporation,

    Defendant/
    Counterclaim Plaintiff.

_____/

## ORDER DISMISSING PLAINTIFF'S MOTIONS

Upon the filing of the Unopposed Motion to Dismiss without Prejudice Compuware's Motions to Compel (docket #42 and #47) and the Court being fully advised in the premises;

IT IS HEREBY ORDERED Plaintiff's Motions to Compel (docket #42 and #47) are  hereby DISMISSED without prejudice.

                                      s/R. Steven Whalen_____
                                      R. STEVEN WHALEN
                                      UNITED STATES MAGISTRATE JUDGE

Dated:  September 22, 2005

CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing order was served on the attorneys and/or parties of record by electronic means or U.S. Mail on September 22, 2005.

                                                s/Gina Wilson
                                                Judicial Assistant