UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

COMPUWARE CORPORATION,
a Michigan Corporation,

        Plaintiff/
        Counterclaim Defendant,

v.

OPNET TECHNOLOGIES, INC.,
a Delaware Corporation,

        Defendant/
        Counterclaim Plaintiff.
_____/

Case No.  04-73749

District Judge Anna Diggs Taylor

Magistrate Judge R. Steven Whalen

**ORDER DISMISSING DEFENDANT'S MOTION
FOR PROTECTIVE ORDER**

Before the Court is Defendant's motion for protective order to preclude Plaintiff's Rule 30(b)(6) deposition [Docket #43].  This motion involves the same issues raised in Plaintiff's motion to compel Rule 30(b)(6) deposition [Docket #42].  However, on September 22, 2005, the Court entered an order dismissing the Plaintiff's motion to compel Rule 30(b)(6) deposition without prejudice, based on Plaintiff's unopposed motion to dismiss, rendering the present motion moot.  Accordingly,

IT IS ORDERED that Defendant's motion for protective order [Docket #43] is DISMISSED AS MOOT.

          S/R. Steven Whalen
          R. STEVEN WHALEN
          UNITED STATES MAGISTRATE JUDGE

Dated: November 4, 2005

## CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing order was served on the attorneys and/or parties of record by electronic means or U.S. Mail on November 4, 2005.

          S/Gina Wilson
          Judicial Assistant