UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

COMPUWARE CORPORATION,
a Michigan Corporation,

       Plaintiff/
       Counterclaim Defendant,

v.

OPNET TECHNOLOGIES, INC.,
a Delaware Corporation,

       Defendant/
       Counterclaim Plaintiff.
_____/

Case No.  04-73749

District Judge Anna Diggs Taylor

Magistrate Judge R. Steven Whalen

**ORDER GRANTING LEAVE TO FILE CORRECTED BRIEF**

Plaintiff Compuware asks this Court for leave to file a corrected, non-confidential brief in support of its Motion for Order Precluding Defendant from Contesting 24 August 2003 as the date of "TCPTrace" [Docket #111].  The corrected, non-confidential brief is appended to Plaintiff's motion.  This motion to correct is unopposed. Accordingly,

Plaintiff's motion to file corrected, non-confidential brief [Docket #134] is GRANTED, and said brief will be accepted for filing in place of the confidential brief docketed as document #111.

       SO ORDERED.

        S/R. Steven Whalen
        R. STEVEN WHALEN
        UNITED STATES MAGISTRATE JUDGE

Dated:  January 17, 2006

## CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing order was served on the attorneys and/or parties of record by electronic means or U.S. Mail on January 17, 2006.

        S/Gina Wilson
        Judicial Assistant