UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

COMPUWARE CORPORATION,
a Michigan Corporation,

        Plaintiff/
        Counterclaim Defendant,

v.

OPNET TECHNOLOGIES, INC.,
a Delaware Corporation,

        Defendant/
        Counterclaim Plaintiff.
_____/

Case No. 04-73749

District Judge Anna Diggs Taylor

Magistrate Judge R. Steven Whalen

**ORDER STRIKING EXHIBITS**

By *ex parte* motion [Docket #140], Plaintiff asks that certain exhibits filed with its Motion to Compel Production of Withheld Documents [Docket #116] be stricken from the public record, stating that said exhibits, containing confidential information, should have been filed under seal, but were erroneously included with the non-confidential exhibits.

Accordingly, Plaintiff's motion [Docket #140] is GRANTED, and Exhibits B, C, H and M to Plaintiff's Motion to Compel [Docket #116] shall be stricken from the public record. Substitute exhibits B, C, H and M, submitted by Plaintiff, shall be filed under seal.

        SO ORDERED.

        S/R. Steven Whalen
        R. STEVEN WHALEN
        UNITED STATES MAGISTRATE JUDGE

Dated: January 17, 2006

## CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing order was served on the attorneys and/or parties of record by electronic means or U.S. Mail on January 17, 2006.

        S/Gina Wilson
        Judicial Assistant